UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ROTH K. NEARY, RENEE M. MARTEL, MONNETH TENTOCO, ALFONSO BRACAMONTE, ELSA ORELLANA, CARLOS FRANCO, ALBA FRANCO, SOKHA HACH, THIDA PHENG, SROY CHIV, SAMNANG MOM, PHISAMAI CHHOUK, and all others so similarly situated,<br><br>    *Plaintiffs*,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, DEUTSCHE BANK NATIONAL TRUST  COMPANY, as trustee for the various trusts as noted herein, OCWEN LOAN SERVICING LLC, BANK OF AMERICA, N.A., BAC HOME LOANS SERVCING, LP, U.S. BANK NATIONAL ASSOCIATION, as trustee for the various trusts as noted herein, WELLS FARGO BANK, N.A., HSBC BANK USA, N.A., as trustee for the various trusts as noted herein, SUNTRUST MORTGAGE, INC., JPMORGAN CHASE BANK, N. A., and BSI FINANCIAL SERVICES, INC.<br><br>    *Defendants*. | CA NO. 1:13-CV-665-M-LDA |

## NOTICE OF APPEAL

Notice is hereby given that Roth K. Neary, et al., all Plaintiffs in this action, hereby appeal to the United States Court of Appeals for the First Circuit, from the order filed on April 9, 2014 determining that Plaintiffs' claims failed as a matter of law and granting Defendants' Motions to Dismiss (Doc. #'s 31 and 43).

1

Dated May 12, 2014

    Plaintiffs,
    By Their attorneys,

    /s/ Keven A. McKenna
    Keven A. McKenna (26349)
    23 Acorn Street
    Providence, RI 02903
    (401) 273-8200


    /s/ Todd S. Dion
    Todd S. Dion Esq. (6852)
    1599 Smith Street
    North Providence, RI 02911
    401-649-4330 Phone
    401-649-4331 Fax
    toddsdion@msn.com

CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2014, a copy of the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on the parties listed on the NEF as not receiving electronic notice.

*/s/ Keven A. McKenna*
Keven A. McKenna